In the Matter of JAMES RUSSO, Appellant, v BERNARD KERIK, as Police Commissioner of the City of New York, Respondent.

Submitted September 15, 2003; decided December 2, 2003

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).